IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LOKMAN MOHAMED<br><br>v.<br><br>ESSAM E. BABKKIR & EDIRGAWI TRANSPORT, INC, | CIVIL ACTION<br><br>NO. 22-516 |
|---|---|

### ORDER RE: DEFENDANTS' MOTION TO TRANSFER

**AND NOW**, this 4th day of April, 2022, following a telephone call with Plaintiff's and Defendants' counsel and upon consideration of Defendants' Motion to Transfer Venue (ECF 5), Plaintiff's Response (ECF 7), Defendants' Reply (ECF 10), and Plaintiff's Sur-Reply (ECF 11), and for the reasons given in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. The Clerk of the Court shall transfer this case to the United States District Court for the Western District of Pennsylvania and close it for statistical purposes.

BY THE COURT:

s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 22\22-516 Mohamed v. Babkkir et al\22cv516 Motion to Transfer Order.doc